FILED

12/05/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0598

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0598

IN THE MATTER OF

K.L.W.,

Youths in Need of Care

**ORDER GRANTING MOTION FOR EXTENSION OF TIME**

Upon consideration of Appellant's motion for extension of time, and good cause appearing therefore, Appellant, M.L.J., is granted an extension of time until January 27, 2025 to prepare, serve, and file the Opening Brief.

Electronically signed by:
Bowen Greenwood
Grant of Extension of Time
Clerk of the Supreme Court
December 5 2024
Page 1